[Civ. No. 7401. Second Appellate District, Division Two.—February 3, 1933.]

CITY OF LOS ANGELES (a Municipal Corporation), Appellant, v. SADIE D. GRIFFITH ABBOTT et al., Defendants; DELBERT C. KEMP, Respondent.

Erwin P. Werner, City Attorney, and Arthur W. Loveland and Arthur W. Nordstrom, Deputies City Attorney, for Appellant.

Thomas Tyler Robinson for Respondent.

CRAIG, J.—An action in eminent domain having been discontinued following proceedings in injunction to restrain condemnation of properties in the City of Los Angeles, a judgment of dismissal was entered, from which the plaintiff appealed.

Said judgment awarding attorney's fees is reversed. Upon the authority of *City of Los Angeles* v. *Abbott*, 217 Cal. 184 [17 Pac. (2d) 993], the judgment of dismissal must be affirmed.

Works, P. J., and Stephens, J., concurred.

A petition for a rehearing of this cause was denied by the District Court of Appeal on March 3, 1933.